# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DWIGHT PURK,

        Plaintiff,       :       Case No. 3:12-cv-174

  - vs -                       :       District Judge Thomas M. Rose
                                       Magistrate Judge Michael R. Merz

CHINA EAST RESTAURANT,       :

        Defendant.      :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is hereby ORDERED that the Application of Dwight Purk to proceed *in forma pauperis* (Doc. No. 1) is denied.

July 5, 2012.

                                                    Thomas M. Rose
                                          United States District Judge